```
                                            FILED
IN THE UNITED STATES DISTRICT COURT  UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO        DENVER, COLORADO

                                           NOV 17 2006
Civil Action No. 06-CV-02315
                                        GREGORY C. LANGHAM
(The above civil action number must appear on all future papers    CLERK
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.)
```

CLARISSA WELLS,

      Plaintiff,

v.

JONATHAN JAMES FERNANDEZ, Policy Owner,
DONNA FERNANDEZ, Policy Owner,
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Insurer, and
DRIVER OF MOTOR VEHICLE WHICH CAUSED REAR-END COLLISION
    (unidentified to the plaintiff),

      Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff

Dockets.Justia.com

(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 16th day of November, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **06-CV-02315**

Clarissa Wells
1360 Peoria St., Apt 204
Aurora, CO 80011

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on __11-17-06__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk