IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02315-ZLW

CLARISSA WELLS,

    Plaintiff,

v.

JONATHAN JAMES FERNANDEZ, Policy Owner,
DONNA FERNANDEZ, Policy Owner,
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Insurer, and
DRIVER OF MOTOR VEHICLE WHICH CAUSED REAR-END COLLISION,
    (unidentified to the Plaintiff),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 0 2007

GREGORY C. LANGHAM
CLERK

ORDER DENYING MOTION TO RECONSIDER

Plaintiff Clarissa Wells has filed *pro se* on February 12, 2007, a "Motion to Deny Order and Judgment of Dismissal" in which she asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on January 26, 2007. The Court must construe the motion liberally because Ms. Wells is representing herself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the motion will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Ms. Wells' motion to reconsider, which was filed more than ten days after the Court's Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action for lack of subject matter jurisdiction. Upon consideration of the motion to reconsider and the entire file, the Court finds that Ms. Wells fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Instead, she merely disagrees with the Court's decision. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Deny Order and Judgment of Dismissal" filed on February 12, 2007, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 16 day of Feb., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02315-BNB

Clarissa Wells
1360 Peoria St., Apt 204
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/20/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk